Memorandum of Agreement

2:13cv378     Thomas Thacker v Halter Vegetation

2:14 cv 176    Ladonna Flores v Halter

March 5, 2016

1. Each Plaintiff agrees to accept and the defendants will execute agreed Judgments in the Total Amount of $75,000 distributed as follows:
    a. Thomas Thacker-- $29,500 in compensation and attorney fees of $22,500
    b. Ladonna Flores--- $15,500 in compensation and attorney fees of $7,500
2. The parties will execute a settlement agreement under which the following terms will apply:
    a. Plaintiffs' counsel will agree not to seek any execution under said judgments so long as the following payment schedule is complied with:
        i. Defendants will pay $10,000 on April 1, 2015, May 1, 2015 and June 1, 2015, for a total of $30,000.
        ii. Defendants will pay $5,000 on the first day of the next 6 months for an additional total of $30,000.
    b. Upon completion of the payments as scheduled, the plaintiff will show extinguished the agreed Judgment.
    c. Both plaintiffs will sign a release of all claims arising out of their employment.
    d. Plaintiffs will agree not to publish in any public media the amounts of the Judgments, but may disclose them as required by law.
    e. If payment schedule is made, attorney fees of $15,000 will be waived from the Judgment amount.

_____          _____
Plaintiffs by counsel                              Defendant